| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): _____  Chapter **11** |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  City Park Storage Ventures, LP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   8 6 – 2 9 9 8 3 9 6

**4. Debtor's address**

**Principal place of business**
1925 Pearland Parkway
Number    Street
Pearland, TX 77581
City           State   ZIP Code

Brazoria
County

**Mailing address, if different from principal place of business**
c/o Lloyd Lim, Kean Miller LLP
711 Louisiana St.
Number    Street
Houston, TX 77002
City           State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City           State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify: **Limited Partnership**

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **1**

Debtor   **City Park Storage Ventures, LP**   Case number *(if known)* _____
       Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | ___  ___  ___  ___ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ❏ Chapter 7 |
| | ❏ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| |    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| |    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| |    ❏ A plan is being filed with this petition. |
| |    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|
| If more than 2 cases, attach a separate list. | ❏ Yes. District _____ When __/__/____ Case number _____ |
| | District _____ When __/__/____ Case number _____ |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|
| List all cases. If more than 1, attach a separate list. | ❏ Yes. Debtor _____ Relationship _____ |
| | District _____ When __/__/____ |
| | Case number, if known _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **City Park Storage Ventures, LP**  
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number    Street<br>_____<br>City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>Contact name _____<br>Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **3**

Debtor **City Park Storage Ventures, LP**    Case number *(if known)* _____
       Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/29/2025 | 4:23:52 PM PDT**
            MM/ DD/ YYYY

X *Paul Grohman* (Signed by: B2AD60E232B7480...)    **Paul W. Grohman**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Lloyd A. Lim**    Date **08/29/2025**
Signature of attorney for debtor          MM/ DD/ YYYY

**Lloyd A. Lim**
Printed name

**Kean Miller LLP**
Firm name

**711 Louisiana St Suite 1800**
Number    Street

**Houston**         **TX**      **77002**
City              State    ZIP Code

**713-844-3000**              **Lloyd.Lim@keanmiller.com**
Contact phone                 Email address

**24056871**                  **Texas**
Bar number                    State